UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-MC-0043

| | |
|---|---|
| JAMES ANTHONY EVANS (TRUST), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NATIONSTAR MORTGAGE, LLC ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon a filing by Defendant entitled "Notice of and Common Law Writ of Error Coram Nobis" (Doc. No. 4). The Court previously construed a filing by Defendant entitled "Notice of and Letter of Request for Deposit" (Doc. No. 1) as a complaint and ordered Plaintiff to serve the proper parties.

The Court cannot discern what Plaintiff's most recent filing seeks to accomplish. However, the Court only has jurisdiction over cases and controversies. U.S. Const. Art. III, Sec. 2. Therefore, Plaintiff is HEREBY ORDERED to serve a defendant in this case and to clarify Plaintiff's latest filing to make clear the remedy Plaintiff seeks. Failure to do so within twenty-one (21) days will result in the dismissal of this matter without prejudice.

IT IS SO ORDERED.

Signed: May 16, 2012

Frank D. Whitney
United States District Judge